IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01542-BNB

KERRY LEE MINOR,

Applicant,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections,

Respondent.

## ORDER DISMISSING CASE

Applicant Kerry Lee Minor, a State of Colorado prisoner, initiated this action on July 17, 2008, by submitting to the Court a "Motion for Additional Time to File Due to Justifiable Excuse." Magistrate Judge Boyd N. Boland reviewed the Motion and entered an order on July 23, 2008, that commenced a civil action and directed Mr. Minor to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On August 5, 2008, Mr. Minor filed a Motion to Dismiss Without Prejudice. In the Motion, he requests to dismiss the instant action without prejudice so that he may exhaust his state court remedies.

The Court must construe the Motion liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "the [applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Respondent in this action. Further, a voluntary dismissal

under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2ᵈ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10ᵗʰ Cir. 1968).

Therefore, the Court will construe the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i) and order the file closed as of August 5, 2008. *See Hyde Constr. Co.*, 388 F.2d at 507. The Court will dismiss the instant action without prejudice for Mr. Minor's failure to comply with the Court's July 23, 2008, Order and to allow him to return to state court to exhaust his state court remedies. The Court, however, refrains from determining whether Mr. Minor is able to proceed with a 28 U.S.C. § 2254 action in this Court under 28 U.S.C. § 2244(d). Accordingly, it is

ORDERED that the Motion is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of August 5, 2008, the date Applicant filed the Notice in the action. It is

FURTHER ORDERED that the voluntary dismissal is without prejudice. It is

FURTHER ORDERED that Mr. Minor's Motion for Additional Time to File Due to Justifiable Excuse, (Doc. No. 2), filed July 23, 2008, is denied as moot.

DATED at Denver, Colorado, this 13 day of Aug. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01542-BNB

Kerry Lee Minor
Prisoner No. 118976
Sterling Correctional Facility
PO Box 6000 - 4C
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/14/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk